(August 28, 1991)

■ In the Matter of KATHLEEN A. REYNOLDS, Respondent-Appellant, v MICHAEL G. VAN BLAKE et al., Appellants-Respondents, et al., Respondent.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on or about August 26, 1991, unanimously affirmed for the reasons stated by the Referee as confirmed by Martin Evans, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Wallach, Kupferman and Rubin, JJ.

■ In the Matter of LUCY CRUZ, Appellant, v MARIA ECHAVESTE et al., Respondents.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.), entered on August 26, 1991, unanimously reversed, on the law and the facts, without costs or disbursements. In view of the income affidavit filed by the mother of the respondent, Pedro Espada, we remand for the taking of additional testimony as to the residence of the said respondent. No opinion. Concur—Carro, J. P., Wallach, Kupferman and Rubin, JJ.